# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

COREY DONELL HENDERSON                               PLAINTIFF

V.                  CASE NO. 5:17-CV-00081 BSM/BD

DOES, et al.                                               DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief District Judge Brian S. Miller. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Discussion:**

Plaintiff Corey Donell Henderson, an inmate at the W.C. "Dub" Brassell Adult Detention Center ("Detention Center"), filed this case *pro se* under 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. (Docket entry #1)

As written, Mr. Henderson's complaint could not proceed because it lacked critical information. The Court ordered Mr. Henderson to file an amended complaint within 30

days of April 12, 2017, to cure the deficiencies set out in the Court's Order. (#6) To date, Mr. Henderson has not complied with the Court's Order to amend, and the time for doing so has passed. The Court specifically cautioned Mr. Henderson that his claims could be dismissed if he failed to comply with the Court's Order. (#6)

**III.    Conclusion:**

The Court recommends that Mr. Henderson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 12, 2017 Order.

DATED this 16th day of May, 2017.

                                                        UNITED STATES MAGISTRATE JUDGE