IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---:|
| COREY DONELL HENDERSON | PLAINTIFF |
| v. CASE NO. 5:17-CV-00081 BSM | |
| DOES et al. | DEFENDANTS |

## ORDER

The recommended disposition [Doc. No. 9] submitted by United States Magistrate Judge Beth Deere has been received. Plaintiff Corey Henderson has not filed objections. After careful review of the record, the recommended disposition is adopted in its entirety, and Henderson's claims are dismissed without prejudice for failure to comply with the April 12, 2017 order [Doc. No. 6].

IT IS SO ORDERED this 21st day of June 2017.

_____
UNITED STATES DISTRICT JUDGE